UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| P.F.,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, et al.,<br><br>Respondents. | CAUSE NO. 3:26-CV-1133-CCB-SJF |

ORDER

Upon review, the Warden did not comply with this court's order to provide "relevant immigration records, including any administrative warrant issued for [the petitioner's] arrest pursuant to 8 U.S.C. § 1226(a)" along with his response to the petition. (*See* ECF 5, 10.)

For these reasons, the court ORDERS the Warden to provide immigration records in accordance with the prior order, including any administrative warrant issued for the petitioner's arrest pursuant to 8 U.S.C. § 1226(a), on or before **September 3, 2026.**

SO ORDERED on August 26, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge